**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: THE SEARCH OF CERTAIN** | * | **MISC. NO. 18-MJ-00109-B** |
| **ELECTRONIC DEVISES STORED WITHIN** | * | |
| **THE EVIDENCE ROOM OF FBI MOBILE** | * | **FILED UNDER SEAL** |
| **LOCATED AT 200 NORTH ROYAL STREET,** | * | |
| **MOBILE, ALABAMA 36602** | * | |

## MOTION TO EXTEND TIME UNDER SEAL

Comes now the United States of America, by and through the United States Attorney for the Southern District of Alabama, and files this motion requesting an extension of time before the investigation into this matter is unsealed. This matter is still under active investigation by the Government and unsealing said matter would be detrimental to the on-going investigation, inasmuch as premature unsealing could alert the targets of the investigation of the fact and nature of the ongoing investigation, affording them an opportunity to alter or destroy evidence, notify confederates, change patterns of behavior, or flee.

WHEREFORE, the United States moves that the Court keep the above-captioned matter under seal until November 22, 2019.

Respectfully submitted this 14th day of January 2019.

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: */s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251)441-5845